**STATE of Missouri, Respondent,**

v.

**Rasheed SHABAZZ, Appellant.**

**No. ED 78179.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 26, 2001.

Douglas R. Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Defendant, Rasheed Shabazz, appeals from his conviction, after a jury trial, of murder in the second degree. Pursuant to the jury recommendation, defendant was sentenced to imprisonment for twenty-five years. No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).